IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 12-cv-01528-JLK

RAE ROBINSON and
KELLY FOSTER,

    Plaintiffs,

v.

OPPENHEIMERFUNDS, INC., a colorado Corporation, and
OPPENHEIMERFUNDS DISTRIBUTOR, INC., a New York Corporation,

    Defendants.

## FINAL JUDGMENT

Pursuant to and in accordance with Fed. R. Civ. P. 58(a) and the Order On Motion To Dismiss [Docket No. 14] entered by Judge John L. Kane on February 27, 2013, incorporated herein by reference, it is

ORDERED that Defendants' Motion To Dismiss [Docket No. 6] is GRANTED. It is

FURTHER ORDERED that Plaintiffs' claims are DISMISSED. It is further

ORDERED that the parties shall bear their own costs.

DATED at Denver, Colorado this 13th day of March, 2013.

                FOR THE COURT:

                JEFFREY P. COLWELL, CLERK

                By: s/ Edward P. Butler
                Edward P. Butler,
                Deputy Clerk